**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tereso GARCIA–CRUZ, Defendant–
Appellant.**

**No. 12–10566.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 3, 2013.

Marni Guerrero, Roy Herrera, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Patrick Edward McGillicuddy, I, Esquire, Law Offices of Patrick E. McGillicuddy, for Defendant–Appellant.

Tereso Garcia–Cruz, pro se.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Tereso Garcia–Cruz appeals from the district court's judgment and challenges his guilty-plea conviction and 68–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Cruz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia–Cruz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

